**No. 65851.**—L. Bamberger & Co. *v.* United States, protests 165148–K, 224436–K, and 189782–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material re-

spects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.